UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA DUSSAN PINEDA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No. 1:25-cv-1970 DC AC<br><br><br><br>ORDER |

Petitioner, proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to show cause why the writ should not be granted by filing an answer/return. See 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The parties are directed to meet and confer within three days from the service of this order for the purpose of submitting a joint proposed briefing schedule in this case.

2. The parties shall submit a joint proposed briefing schedule to the court no later than seven days from the date of this order.

DATED: January 6, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE