ERIC GRANT
United States Attorney
ZACHARY MALINSKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA DUSSAN PINEDA, | CASE NO. 1:25-CV-01970-DC-AC |
| Petitioner, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR HABEAS CORPUS |
| v. | |
| CHRISTOPHER CHESTNUT, ET AL., | |
| Respondents. | |

Petitioner Carolina Dussan Pineda and Respondents, by and through their attorneys of record, hereby stipulate as follows:

1.      On December 22, 2025, Petitioner filed a Petition for Writ of Habeas Corpus (ECF 1) and a Motion for Temporary Restraining Order (ECF 3).

2.      On January 5, 2026, the Court granted Petitioner's request for a Temporary Restraining Order and issued a Preliminary Injunction on the same terms. In granting this relief, the Court ordered Petitioner's immediate release from immigration custody. ECF 11. Petitioner was released from custody shortly thereafter.

3.      On January 6, 2026, this Court directed the parties to meet and confer for the purpose of submitting a joint proposed briefing schedule in this case. ECF 12.

4.      This matter is in a similar factual and procedural posture as the pending Ninth Circuit appeal in *Rodriguez v. Bostock*, 779 F.Supp.3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no. 25-

STIPULATION AND [PROPOSED] ORDER ON BRIEFING          1
SCHEDULE

6842.

5. Because the issues in *Rodriguez* are likely to be dispositive of the issues in this case, the parties ask that any further briefing deadlines in this case be held abeyance until the resolution of the *Rodriguez* case

IT IS SO STIPULATED.

Dated: January 9, 2026                  ERIC GRANT
                                               United States Attorney

                                               /s/ *ZACHARY MALINSKI*
                                               ZACHARY MALINSKI
                                               Assistant United States Attorney

Dated: January 9, 2026                  /s/ *Emilio T. Parker*
                                               Emilio T. Parker
                                               Counsel for Petitioner

## ~~[PROPOSED]~~ ORDER

IT IS SO FOUND AND ORDERED this 12th day of January, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~[PROPOSED]~~ ORDER ON BRIEFING SCHEDULE       2